JAMES M. COMEY, Appellant, *v.* WALLACE C. ANDREWS, Respondent.

(Argued December 5, 1890; decided January 14, 1891.)

APPEAL from order of the General Term of the Court of Common Pleas for the city and county of New York, made March 5, 1888, which reversed a judgment in favor of plaintiff entered upon the report of a referee and ordered a new trial.

*Matthew Hale* for appellant.

*Everett P. Wheeler* and *James W. Hawes* for respondent.

Agree to affirm; no opinion.
All concur.
Order affirmed, and judgment absolute for respondent.

---

ROBERT DOUAI, Appellant, *v.* THE METROPOLITAN ELEVATED RAILWAY COMPANY et al., Respondents.

(Argued December 5, 1890; decided January 14, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made January 23, 1888, which affirmed a judgment in favor of defendant entered upon a decision of the court on trial at Circuit.

*Henry Wehle* for appellant.

*Brainard Tolles* for respondents.

Agree to affirm; no opinion.
All concur, except VANN and PARKER, JJ., not voting.
Judgment affirmed.